IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARRION QUITEN HOLMES,
    Plaintiff,

vs.                                           Case No.: 3:18cv1381/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 9, 2018 (ECF No. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's federal claims for injunctive relief are **DISMISSED without prejudice** pursuant to Younger v. Harris, 401 U.S. 37 (1971);

3.Plaintiff's federal claims for monetary damages are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii);

4.Plaintiff's state law claims are **DISMISSED without prejudice**; and

5.The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 20th day of November, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**